IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMMISSARIAT A L'ENERGIE ATOMIQUE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 04-231-***-MPT ) |
| SHARP CORPORATION, ET AL., | ) ) |
| Defendants. | ) |

### ORDER

At Wilmington this **31st** day of **January, 2008**,

IT IS HEREBY ORDERED that the parties shall submit a status report to the Court on or before **February 11, 2008.**

_____
UNITED STATES MAGISTRATE JUDGE