IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMMISSARIAT À L'ENERGIE ATOMIQUE,<br>    Plaintiff,<br>    v.<br>TATUNG COMPANY, et al.<br>    Defendants. | C.A. No. 04-099-JJF-MPT |
| COMMISSARIAT À L'ENERGIE ATOMIQUE,<br>    Plaintiff,<br>    v.<br>SHARP CORPORATION, et al.,<br>    Defendants. | C.A. No. 04-231-JJF-MPT |

**CONSOLIDATED STATUS REPORT**

On January 31, 2008, the Court ordered the parties to submit Status Reports in two related cases, Civil Action Nos. 04-099-JJF-MPT (the "099 Case") and 04-231-JJF-MPT (the "231 Case").[1] Accordingly, counsel for plaintiff Commissariat à l'Energie Atomique ("CEA") consulted with counsel for the remaining parties in the 099 and 231 Cases and submits this Consolidated Status Report ("Status Report"), advising the Court as follows:

    1.    On February 13, 2004, CEA commenced the 099 Case against the following defendants: Top Victory Electronics (Taiwan) Co., TPV International USA, Inc., Envision Peripherals Inc., Sony Electronics Inc., Toshiba America Consumer Products, Inc., Kobi Ind. Ltd., Tatung Company, Tatung Company of America,

---

[1] Civil Action Nos. 04-099-***-MPT and 04-231-***-MPT were reassigned and renumbered on February 1, 2008. They are now Civil Action Nos. 04-099-JJF-MPT and 04-231-JJF-MPT, respectively.

Matsushita Electric Industrial Co., Ltd., Matsushita Electric Corporation of America, Sony Corporation, Sony Corporation of America, Toshiba Corporation, Toshiba America Inc., Victor Company of Japan, Ltd., JVC Americas Corporation and JVC Canada Inc.

2. On April 13, 2004, CEA commenced the 231 Case against the following defendants: NEC-Mitsubishi Electronics Visual Systems Corp., NEC-Mitsubishi Electronics Display of America Inc., Hitachi Ltd., Hitachi America Ltd., Iiyama Corporation, Iiyama North America Inc., Eizo Nanao Corp., Eizo Nanao Technologies Inc., Westinghouse Digital Electronics LLC, AU Optronics Corporation, AU Optronics Corporation America, Sharp Corporation, Sharp Electronics Corporation, BenQ Corporation, BenQ America Corporation and Gateway Inc.

3. On June 15, 2004, this Court consolidated several cases, including the 099 and 231 Cases, with Civil Action No. 03-484-KAJ (the "484 Case") (after consolidation, 484 Case known as the "Consolidated Action")[2] so that the cases could proceed between CEA and only those defendants who manufactured accused modules (the "Manufacturer Defendants"). (*See* D.I. 71 in the 099 Case; D.I. 26 in the 231 Case; D.I. 218 in the 484 Case.)

4. In addition to certain of the named Defendants in the 484 Case, the Manufacturer Defendants included Defendants Sharp Corporation and AU Optronics Corporation from the 231 Case. Proceedings against all of the other Defendants named in the 099 and 231 Cases were stayed, pending the outcome of the consolidated 484 Case. (*See* D.I. 71 in the 099 Case; D.I. 26 in the 231 Case; D.I. 218 in the 484 Case.)

---

[2] The 484 Case was subsequently reassigned and renumbered as Civil Action No. 03-484-MPT.

5.  After the consolidation and stay, CEA entered into a series of settlement agreements with each of the Manufacturer Defendants other than Samsung, resolving CEA's claims and cases as to the settling Manufacturer Defendants.

6.  More recently, CEA and Samsung have also reached a settlement agreement. The parties are in the process of finalizing and executing the appropriate formal agreement and settlement documents. CEA and Samsung expect to complete this process and execute the settlement agreement within approximately thirty (30) days.

7.  Once CEA and Samsung have completed and fully executed their settlement agreement, CEA and Defendants will file a notice, stipulation, and/or motion to dismiss in the 099 Case and the 231 Case.

8.  Accordingly, the Court may anticipate that the 099 Case and the 231 Case will be dismissed upon execution of the remaining settlement agreement between CEA and Samsung.

February 12, 2008

BAYARD, P.A.

s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com

*Attorneys for Plaintiff,*
COMMISSARIAT À L'ENERGIE ATOMIQUE