IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMMISSARIAT À L'ENERGIE ATOMIQUE,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>SHARP CORPORATION, et al.,<br><br>　　　Defendants. | C.A. No. 04-231-JJF-MPT |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Commissariat à l'Energie Atomique ("CEA") hereby gives notice that it dismiss and withdraws this entire action.

April 14, 2008

BAYARD, P.A.

s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com

Attorneys for Plaintiff,
COMMISSARIAT À L'ENERGIE ATOMIQUE

{00825374;v1}

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 14, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Philip A. Rovner
POTTER ANDERSON & CORROON LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

Gerard M. O'Rourke
WOMBLE CARLYLE SANDRIDGE & RICE
222 Delaware Avenue, Suite 1501
Wilmington, DE 198010

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk